**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | **8:12CR134** |
| vs. | ) ) | **ORDER** |
| JOSE BENITO PEREZ AGUIRRE, | ) ) | |
| Defendant. | ) ) ) | |

This matter is before the court on the motion for an extension of time by defendant Jose Benito Perez Aguirre (Perez Aguirre) (Filing No. 14). Perez Aguirre seeks until September 21, 2012, in which to file pretrial motions in accordance with the progression order. Perez Aguirre has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 16). Perez Aguirre's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Perez Aguirre's motion for an extension of time (Filing No. 14) is granted. Perez Aguirre is given until **on or before September 21, 2012,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 20, 2012, and September 21, 2012**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)

DATED this 20th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge